IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KEITH LAWSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3-06-cv-641 |
| | ) |
| **CITY OF ALEXANDER CITY,** | ) |
| **MAYOR BARBARA H. YOUNG and** | ) |
| **DANNY PEPPERS, in the individual** | ) |
| **capacities,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AS CO-COUNSEL

Comes now **LARKIN RADNEY** with the law firm of **BARNES & RADNEY, P.C.** and files this appearance as Co-Counsel with Randall Morgan on behalf of Defendant **CITY OF ALEXANDER CITY, ALABAMA, MAYOR BARBARA H. YOUNG and DANNY PEPPERS** in the above-styled cause. All future correspondence, pleadings, notices and/or inquiries should also be directed to Larkin Radney at the address and phone number listed below.

_____
W. LARKIN RADNEY, III (RAD001)
Attorney for Defendants

BARNES & RADNEY, P.C.
80 North Central Avenue
Post Office Drawer 877
Alexander City, Alabama 35011-0877
(256) 329-8438

**OF COUNSEL:**
Randall Morgan, Esq.
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document on the Attorney of Record for each party by e-mail and by mailing a copy thereof, postage prepaid, to them, at their respective addresses on this the ___ day of August, 2006.

Jon C. Goldfarb
Maury S. Weiner
Wiggins, Childs, Quinn & Pantazis, P.C.
301 19th Street North
Birmingham, Alabama 35203

_____
OF COUNSEL