IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Keith Lawson, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-641-WKW |
| | ) |
| City of Alexander City, | ) |
| Mayor Barbara H. Young and | ) |
| Danny Peppers, in the individual | ) |
| capacities, | ) |
| | ) |
|     Defendants. | ) |

## **REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to *Fed.R.Civ.P.*26(f), the following attorneys conferred on or about September 21, 2006.

        Jon C. Goldfarb, Esq. and Maury S. Weiner, Esq., counsel for Plaintiff.

        Randall Morgan, counsel for Defendants City of Alexander City, Mayor Barbara H. Young and Danny Peppers.

    2.    Pre-Discovery Disclosures. The Parties will exchange the information required by Fed.R.Civ.P.26(a)(1) by October 16, 2006.

    3.    Discovery Plan. Discovery will be required on the allegations made in Plaintiff's complaint and the defenses raised in Defendant's answer. The parties jointly propose to the court the following discovery plan:

        a.    All discovery commenced in time to be completed by the pre-trial conference;

        b.    A total of 40 Interrogatories and 40 Requests for Production by the Plaintiff and by each Defendant to any other party. Responses due thirty (30) days after service.

        c.    A total of 30 Requests for Admission by the Plaintiff and by each Defendant to any other party. Responses due thirty (30) days

        after service.

    d.    The parties have agreed to limit depositions to a total of ten (10) on behalf of either party except by agreement of the parties or for good cause.

    e.    Each deposition, except for Plaintiff, Defendants Young, Peppers and representative of the City of Alexander City, and experts shall be limited to a maximum of 6 hours unless extended by agreement of parties,

    f.    Reports from retained experts under Rule 26(a)(2) due:
        From Plaintiff by May 1, 2007.
        From Defendant by June 1, 2007.

    g.    The parties agree to supplement discovery pursuant to Rule 26(e).

4.    Other items.

    a.    The parties <u>do not request</u> a conference with the court before entry of the Scheduling Order. To the extent the Court prefers to hold such a conference, the parties respectfully request that it be handled telephonically.

    b.    The parties request a pre-trial conference in October, 2007.

    c.    Plaintiff should be allowed until February 15, 2007, to join additional parties and until February 15, 2007, to amend pleadings.

    d.    Defendant should be allowed until March 15, 2007, to join additional parties and until March 15, 2007, to amend pleadings.

    e.    All potentially dispositive motions should be filed ninety days before pre-trial conference.

    f.    As this matter has only recently been filed, settlement cannot be evaluated at this time, although the parties are hopeful that they will be able to reach an amicable resolution of this matter and will negotiate in good faith in this regard.

    g.    Final lists of witnesses under Rule 26(a)(3) should be due:

        From Plaintiff by twenty-one (21) days before pre-trial conference.

    From Defendant by twenty-one (21) days before pre-trial conference.

  h. Final lists of exhibits under Rule 26(a)(3) should be due twenty-one (21) days before trial date.

  I. Parties shall have fourteen (14) days after service of final lists of witnesses to list objections under Rule 26(a)(3).

  j. Parties shall have fourteen (14) days after service of exhibit lists to file objections.

  The case should be ready for trial by December 10, 2007, and at this time is expected to take approximately two days.

           /s/ *John C. Goldfarb*
           JON C. GOLDFARB (GOL015)
           Attorney for Plaintiff Keith Lawson

**OF COUNSEL:**
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203


           /S/ *Randall Morgan*
           RANDALL MORGAN (MOR037)
           Attorney for Defendants City of
           Alexander City, Mayor Barbara Young
           and Danny Peppers

**OF COUNSEL:**

**HILL, HILL, CARTER, FRANCO
 COLE & BLACK, P.C.**
P. O. Box 116
Montgomery, AL 36101
(334) 834-7600