IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEITH LAWSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: 03:06-cv-641-WKW |
| | ) |
| CITY OF ALEXANDER CITY,<br>MAYOR BARBARA H. YOUNG AND<br>DANNY PEPPERS in their individual<br>capacities, | )<br>)<br>)<br>) |
| | ) |
|    Defendants. | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants in the above-styled cause, and pursuant to *Federal Rule of Civil Procedure* 56, move this Court to grant summary judgment in favor of Defendants in that there is no genuine issue of material fact to be submitted to a jury and judgment should be entered in their favor as a matter of law as to all Plaintiff's claims. In support of this motion, Defendants rely upon the following:

1. All pleadings filed in this matter.

2. Exhibits A through E, attached hereto[1]

      Exhibit A - Deposition of Keith Lawson

      Exhibit B - Affidavit of Mayor Barbara Young

      Exhibit C- Affidavit of Danny Peppers

      Exhibit D- Affidavit of Jason Locke

      Exhibit E - Affidavit of Eugene Mahan

---

[1] Although specific page/line or paragraph cites are made to all factual statements made in the memorandum brief, Defendants rely on the depositions and affidavits referenced in their entirety and reserve the right to further cite to the depositions or affidavits relied upon, if necessary, when replying to any response Plaintiff might file to this motion.

       Exhibit F - Copy of 2004 Lee Staffing Application

       Exhibit G - Copy of Williams' Police Report

       Exhibit H - Copy of Thomas' Police Report

3.     Memorandum Brief, submitted contemporaneously herewith.

WHEREFORE PREMISES CONSIDERED, the Defendants request summary judgment be granted in their favor and all Plaintiff's claims dismissed as a matter of law.

RESPECTFULLY SUBMITTED this the 30th day of July 2007.

      /S/ Elizabeth Brannen Carter
Randall Morgan [8350-R70R]
Elizabeth Brannen Carter [3272-C-38-E]
HILL, HILL, CARTER, FRANCO,
  COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 facsimile
Rmorgan@hillhillcarter.com
Counsel for Defendant

OF COUNSEL:

HILL, HILL, CARTER, FRANCO
  COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama  36101-0116
(334) 834-7600
(334) 263-5969

### CERTIFICATE OF SERVICE

    I Hereby Certify that I have this date served a true and correct copy of the foregoing *Motion for Summary Judgment on Behalf of Defendants* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Ethan R. Dettling, Esquire (eDettling@wcqp.com) and Jon Craig Goldfarb, Esq. (Jgoldfarb@wcqp.com), this the 30th day of July 2007.

      /S/ Elizabeth Brannen Carter
Of Counsel