# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **KEITH LAWSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    CASE NO. 3:06-cv-641-WKW |
| | ) |
| **CITY OF ALEXANDER CITY,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

The plaintiff has notified the court that this case has settled. All remaining dates and deadlines, including the pretrial and the trial date, are CANCELLED. The parties are ORDERED to file a joint stipulation of dismissal on or before **September 5, 2007.**

DONE this 22nd day of August, 2007.

                                                  /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE