# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| KEITH LAWSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-641-WKW |
| CITY OF ALEXANDER CITY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The parties are granted until **September 12, 2007,** to file a joint stipulation of dismissal.

DONE this 6th day of September, 2007.

                                        /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE