IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT

| | |
|---|---|
| **KEITH LAWSON,** | ) |
|     PLAINTIFF, | ) |
| v. | ) CASE NO.: 3:06-CV-641-WKW |
| **CITY OF ALEXANDER CITY, MAYOR BARBARA H. YOUNG** AND **DANNY PEPPERS** in their individual capacities, | ) |
|     DEFENDANTS. | ) |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL

COME NOW the parties, Plaintiff Keith Lawson, and Defendants City of Alexander City, Mayor Barbara H. Young and Danny Peppers, by and through their respective counsel of record, and jointly move this Honorable Court for an extension of time in which to file a *Joint Stipulation of Dismissal*.

The undersigned attests that Jon Craig Goldfarb has agreed to the foregoing and has authorized me to execute this document and electronically file same on his behalf.

RESPECTFULLY SUBMITTED this the 12th day of September, 2007.

KEITH LAWSON, Plaintiff,

By: /S/ Jon Craig Goldfarb
    Jon Craig Goldfarb (5401-F-58J)
    WIGGINS, CHILDS, QUINN
      & PANTAZIS, LLC
    The Kress Building
    301 19th Street, North
    Birmingham, Alabama 35203
    (205) 314-0500
    (205) 254-1500 - fax
    E-mail: jgoldfarb@wcqp.com
    Counsel for Plaintiff

CITY OF ALEXANDER CITY, MAYOR BARBARA H. YOUNG, and DANNY PEPPERS, Defendants,

By: /S/ Elizabeth Brannen Carter
    Randall Morgan (8350-R-70R)
    Elizabeth Brannen Carter (3272-C-38E)
    HILL, HILL, CARTER,
      FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: rmorgan@hillhillcarter.com
    E-mail: ecarter@hillhillcarter.com
    Counsel for Defendants

wwm/g:Joint Motion-Additional Time for Dismissal.wpd