IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEITH LAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-641-WKW |
| ) | |
| CITY OF ALEXANDER CITY, *et. al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Motion for Extension of Time to File Stipulation of Dismissal (Doc. # 20), it is ORDERED that the motion is GRANTED. The parties shall file their joint stipulation of dismissal **on or before September 27, 2007.**

Done this 17th day of September, 2007.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE