IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **Keith Lawson,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | CV 3:06-cv-641-WKW |
| **City of Alexander City,** ) | |
| **Mayor Barbara H. Young and** ) | |
| **Danny Peppers in their individual** ) | |
| **capacities,** ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO SEAL RECORDS

COME NOW, the parties to the above referenced lawsuit, by and through undersigned counsel of record, and jointly request that this Court enter an Order sealing certain records filed in this case. Specifically, the parties request that the Court seal all attachments to (Attachments 1-8) to the Defendants' Motion for Summary Judgment (Doc. 15). The parties agree that sealing these records will give effect to the parties' agreement and is in the interest of justice.

                                                                                                Respectfully submitted,

                                                                                                s/ Ethan R. Dettling
                                                                                                Jon C. Goldfarb
                                                                                                Ethan R. Dettling
                                                                                                Counsel for Plaintiff

**OF COUNSEL**:
WIGGINS, CHILDS, QUINN & PANATAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500

1

                    <u>s/ Elizabeth Brannen Carter</u>
                    Randall Morgan
                    Elizabeth Brannen Carter
                    Counsel for Defendants

**<u>OF COUNSEL</u>**:

HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36104
Telephone No.: (334) 834-7600
Facsimile No.: (334) 263-5969