IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEITH LAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-641-WKW |
| ) | |
| CITY OF ALEXANDER CITY, *et. al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Motion to Seal Records (Doc. # 22), it is ORDERED that the motion is GRANTED. The clerk is DIRECTED to place all exhibits attached to the Defendants' Motion for Summary Judgment (Doc. #15 Attachments 1-8) under seal.

Done this 27th day of September, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE