IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEITH LAWSON,            ) | |
|                              ) | |
|    Plaintiff,       ) | |
|                              ) | |
| v.                                       ) | CASE NO.: 03:06-cv-641-WKW |
|                              ) | |
| CITY OF ALEXANDER CITY,   ) | |
| MAYOR BARBARA H. YOUNG and ) | |
| DANNY PEPPERS in their individual ) | |
| capacities,                  ) | |
|                              ) | |
|    Defendants.      ) | |

## Joint Stipulation for Dismissal

COME NOW the Plaintiff and Defendants in the above-styled cause by and through their respective attorneys of record and herewith agree and stipulate that all causes of action stated against the Defendants are to be dismissed with prejudice with each party to bear their own costs.

WHEREFORE THESE PREMISES PRAYED, the above-named parties jointly move this court to enter an order dismissing the Defendants with prejudice from this cause.

RESPECTFULLY SUBMITTED this the 19th day of October 2002.

| | |
|---|---|
| /s/ Ethan R. Dettling | /s/ Elizabeth Brannen Carter |
| Counsel for Plaintiff Keith Lawson | Counsel for Defendants |
| Jon Craig Goldfard [5401-F-58J] | Randall Morgan [MORG8350] |
| Ethan R. Dettling [9067-T-68E] | Elizabeth Brannen Carter [3272-C-38E] |
| Wiggins, Childs, Quinn & Pantazis, LLC | Hill, Hill, Carter, Franco, Cole & Black, P.C. |
| 301 19th Street North | 425 South Perry Street |
| Birmingham, Alabama 35203 | Montgomery, Alabama 36104 |
| Telephone: (205) 314-0500 | Telephone: (334) 834-7600 |
| Facsimile: (205) 254-1500 | Facsimile: (334) 269-5969 |

CERTIFICATE OF SERVICE

  I Hereby Certify that I have this date served a true and correct copy of the foregoing *Joint Stipulation for Dismissal* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Ethan R. Dettling, Esquire (eDettling@wcqp.com) and Jon Craig Goldfarb, Esq. (Jgoldfarb@wcqp.com), this the 19th day of October 2007.

                 /S/ Elizabeth Brannen Carter
                 Of Counsel