IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEITH LAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-CV-641-WKW |
| | ) |
| CITY OF ALEXANDER CITY, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' Joint Stipulation for Dismissal (Doc. #24), it is ORDERED that the motion is GRANTED and this case is DISMISSED with prejudice. Each party shall bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of October, 2007.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE